**DISMISS; and Opinion Filed May 21, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00633-CV

### IN RE RICKEY WAYNE TOLBERT JR., Relator

**Original Proceeding from the 304th Judicial District Court
Dallas County, Texas
Trial Court Cause No. JD-42441-W**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Evans
Opinion by Justice Fillmore

Relator filed this petition for writ of mandamus complaining that a juvenile conviction has improperly caused collateral consequences in conjunction with his federal prison sentence. The relief relator seeks may be granted only by petition for writ of habeas corpus. *In re Altschul*, 207 S.W.3d 427, 430 (Tex. App.—Waco 2006, pet. ref'd) (orig. proceeding) (attempt to obtain relief from collateral consequences of juvenile conviction is properly presented in a petition for writ of habeas corpus). As an intermediate appellate court, this Court lacks original habeas corpus jurisdiction in such cases. *Id*.; TEX. GOV'T CODE ANN. § 22.221(d) (West 2004) (delineating original habeas corpus jurisdiction of intermediate appellate courts). We dismiss the petition.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150633F.P05